**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DANIEL HOWELL,

      Petitioner,

vs.                                        CASE NO. 5:04cv234/RS

JAMES R. McDONOUGH,

      Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 24) and Petitioner's Written Objections To The Court's Recommendation (Doc. 25). The court has reviewed *de novo* the petitioner's objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.
2. The 28 U.S.C. §2254 Petition for Writ of Habeas Corpus (Doc. 1) is denied.
3. The clerk is directed to close the file.

ORDERED on November 30, 2006.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**